AO 91 (Rev. 02/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Manuel Medina-Angulo, | ) | Case No. 17-7507 mJ |
| A206 469 925 | ) | |
| *Defendant* | ) | |
| | ) | |
| | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of October 16, 2017, in the County of Maricopa in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), a felony, and Title 8, U.S.C. § 1325(a)(2), a class B misdemeanor, an offense described as follows:

**See Attachment A Incorporated By Reference Herein**

I further state that I am a Border Patrol Agent with U.S. Customs and Border Protection.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

*CEB*

REVIEWED BY:  Charles E. Bailey Jr., P.S. for AUSA Kathy Lemke

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Jimmy X. Cepeda
U.S. Border Patrol Agent
*Printed name and title*

Reviewed, approved, and signed in person.

Date: _____October 17, 2017_____

_____
*Judge's signature*

Bridget S. Bade
United States Magistrate Judge
*Printed name and title*

City and state: _____Phoenix, Arizona_____

## ATTACHMENT A

### Count 1

On or about October 16, 2017, Manuel Medina-Angulo, an alien, was found in the United States of America at or near Gila Bend, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about September 8, 2014, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), a felony.

### Count 2

On or about October 16, 2017, at or near Gila Bend, in the District of Arizona, Manuel Medina-Angulo, an alien, did elude the examination or inspection by immigration officers in violation of Title 8, United States Code, Section 1325(a)(2), a class B misdemeanor.

1

## STATEMENT OF PROBABLE CAUSE

I, Jimmy X. Cepeda, being duly sworn, hereby depose and state as follows:

1. Your affiant is a United States Border Patrol Agent.  I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On October 16, 2017, Border Patrol Agent Ryan Diener encountered an individual near Gila Bend, in the District of Arizona.  The agent identified himself as a Border Patrol agent and performed an immigration inspection on the individual.  The individual, later identified as Manuel Medina-Angulo, admitted to being a citizen and national of a country other than the United States, unlawfully present in the United States.  Medina-Angulo was transported to the Ajo Border Patrol Station for further processing.  Medina-Angulo was held in administrative custody until his identity could be confirmed along with his immigration and criminal history.

3. Immigration history checks revealed Manuel Medina-Angulo to be a citizen of Mexico and a previously deported alien.  Medina-Angulo was removed from the United States to Mexico through Nogales, Arizona, on or about September 8, 2014, pursuant to a removal order issued by an immigration official.  There is no record of Manuel Medina-Angulo in any Department of Homeland Security database to suggest

that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal.

4. Furthermore, there is no record of Manuel Medina-Angulo in any Department of Homeland Security database to suggest that after his last removal from the United States he entered the United States at an official Port of Entry. Had Medina-Angulo presented himself at a Port of Entry, Department of Homeland Security records likely would reveal that information. Accordingly, your affiant believes that Medina-Angulo entered the United States at a location not designated as an official Port of Entry, and thereby eluded examination and inspection by Immigration Officers of the United States. Medina-Angulo's immigration history was matched to him by electronic fingerprint comparison.

5. On October 16, 2017, Manuel Medina-Angulo was advised of his constitutional rights. Medina-Angulo freely and willingly acknowledged his rights and agreed to answer questions or provide a statement under oath. Medina-Angulo stated that his true and correct name is Manuel Medina-Angulo and that he a citizen of Mexico. Medina-Angulo stated that he entered the United States illegally, by walking through the desert near Lukeville, Arizona.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about October 16, 2017, Manuel Medina-Angulo, an alien, was found in the United

States of America at or near Gila Bend, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about September 8, 2014, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), a felony, and on or about October 16, 2017, at or near Gila Bend, in the District of Arizona, Manuel Medina-Angulo, an alien, did elude the examination or inspection by immigration officers in violation of Title 8, United States Code, Section 1325(a)(2), a class B misdemeanor.

_____
Jimmy X. Cepeda
United States Border Patrol Agent

Sworn to and subscribed before me
this 17th day of October, 2017.

_____
Bridget S. Bade
United States Magistrate Judge